In the Matter of the Estate of GEORGE T. STANDISH, II, Deceased. DAVID G. STANDISH, Appellant; GEORGE T. STANDISH, III, as Executor of GEORGE T. STANDISH, II, Deceased, Respondent. (Appeal No. 1.) [771 NYS2d 410]—Appeal from an order of the Surrogate's Court, Ontario County (Frederick G. Reed, S.), entered April 4, 2003 in a proceeding pursuant to SCPA 1420. The order denied the petition for construction of decedent's will.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Pine, J.P., Wisner, Scudder, Kehoe and Hayes, JJ.